IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALIMAH ALLEN,<br><br>        Plaintiff,<br><br>v.<br><br>POLICE OFFICER JULIA UMBRELL et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 14-7334 |

## ORDER

**AND NOW**, this 9th day of October, 2015, upon consideration of Trustees of the University of Pennsylvania's Motion to Dismiss (ECF No. 13), it is **ORDERED** that the motion is **GRANTED**. Count III of the Second Amended Complaint is **DISMISSED**.

                                              BY THE COURT:


                                              */s/ Gerald J. Pappert*
                                              GERALD J. PAPPERT, J.